1  EUGENE J. EGAN (State Bar No. 130108)
   PAUL HANNA (State Bar No. 222012)
2  **MANNING & MARDER**
   **KASS, ELLROD, RAMIREZ LLP**
3  801 South Figueroa Street, 15th Floor
   Los Angeles, California 90017
4  Tel.: (213) 624-6900
   Fax: (213) 624-6999
5
   Attorneys for **Defendant TARGET CORPORATION**
6

**FILED**

2009 AUG 14  PM 3:58

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY_____

7

8                    UNITED STATES DISTRICT COURT

9            CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

10

11  CARLOTA LIERAS                    )  **CV09 05964** ODW (CWx)
                                       )  USDC CASE NO.:
12              Plaintiff,             )
                                       )  SBSC CASE NO. CIVRS907668
13        v.                           )
                                       )  1.   **NOTICE OF REMOVAL OF**
14  TARGET   Corporation, a business form )       **ACTION UNDER 28 U.S.C.**
    unknown and DOES 1 through 100,   )       **§1441(b)]**
15  Inclusive,                         )       **(DIVERSITY)**
                                       )
16              Defendants.            )  2.   **DECLARATION OF PAUL**
                                       )       **HANNA**
17  _____)
                                          Complaint Filed:   July 10, 2009
18

19  TO THE CLERK OF THE ABOVE-ENTITLED COURT:

20        PLEASE TAKE NOTICE that defendant TARGET CORPORATION (hereinafter

21  "Target") hereby removes to this Court the state court action described below.

22        1.    On July, 2009, an action was commenced in the Superior Court of the

23  State of California in and for the County of San Bernardino, Rancho Cucamonga

24  District, entitled CARLOTA LIERAS, Plaintiff (hereinafter "Plaintiff"), vs. TARGET, a

25  business form unknown and DOES 1 through 100, Inclusive, Defendants, as Case

26  Number CIVRS907668 (the "Action). A true and correct copy of the Complaint is

27  attached hereto as Exhibit "A."

28  ///

Notice of Removal.wpd

                                      -1-

                           **NOTICE OF REMOVAL**

2.     Target first received a copy of the said Complaint on July 17, 2009, when counsel for Plaintiff served, by certified mail, a copy of the said complaint and summons on CT Corporation, Target's agent for service of process in California. A true and correct copy of the summons and service of process transmittal is attached hereto as Exhibit "B."

3.     Target could not ascertain, from the face of the Complaint, whether the amount in controversy exceeded $75,000. A Statement of Damages, however, was served concurrently with the Complaint on July 17, 2009. According to the Statement of Damages,  Plaintiff seeks Special and General Damages in the amount of $84065.51. A true and correct copy of Plaintiff's Statement of Damages is attached hereto as Exhibit "C."

4.     Target is informed and believes that Plaintiff was, at the time she filed the Action and still is, a citizen of the State of California.

5.     Target Corporation was, at the time of the filing of this action, and still is, a citizen of the State of Minnesota, incorporated under the laws of the State of Minnesota, with its principal place of business in the State of Minnesota. Both the California Secretary of State and Minnesota Secretary of State identify Target Corporation as a Minnesota Corporation with its principle address at 1000 Nicollet Mall, Minneapolis, Minnesota 55403 on their respective websites. True and correct copies of search results for Target Corporation on those websites are attached hereto as Exhibit "D."

6.     This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. §1332, and is one which may be removed to this Court by defendant pursuant to the provisions of 28 U.S.C. §1441(a) in that it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs.

7.     Target Corporation is the only named defendant; the other defendants in this action are fictitiously named, designated as Does 1 through 20, and their citizenship shall not be considered in determining diversity jurisdiction. 28 U.S.C. §1441(b).

1    8.    This Notice of Removal is filed with this Court within 30 days after Target

2    received a paper (Exhibit "C") from which it was first ascertained that the case was

3    removable.

4    9.    Pursuant to 28 U.S.C. §1446(a), true and correct copies of all process,

5    pleadings, and orders sent to and received by Target in the State Court action are

6    attached hereto.

7

8    Dated: August 14, 2009                    MANNING & MARDER
                                               KASS, ELLROD, RAMIREZ LLP
9

10

11                                             By_____

12                                                  EUGENE J. EGAN
                                                    PAUL HANNA
13                                                  Attorneys for Defendant TARGET
                                                    CORPORATION

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## DECLARATION OF PAUL HANNA

I, PAUL HANNA, declare as follows:

1.     I am an attorney at law duly licensed to practice in the courts of the State of California and am an associate in the firm of Manning & Marder, Kass, Ellrod Ramirez LLP, attorneys of record for defendants TARGET CORPORATION (hereinafter "Target") herein.  I have personal knowledge of the matters stated herein and, if called upon to testify as a witness, I could and would competently so testify.

2.     This Declaration is submitted in support of defendants' Notice of Removal of Action Under 28 U.S.C. §1441(b) (Diversity).

3.     On July, 2009, an action was commenced in the Superior Court of the State of California in and for the County of San Bernardino, Rancho Cucamonga District, entitled CARLOTA LIERAS, Plaintiff (hereinafter "Plaintiff"), vs. TARGET, a business form unknown and DOES 1 through 100, Inclusive, Defendants, as Case Number CIVRS907668 (the "Action).  A true and correct copy of the Complaint is attached hereto as Exhibit "A."

4.     Target first received a copy of the said Complaint on July 17, 2009, when counsel for Plaintiff served, by certified mail, a copy of the said complaint and summons on CT Corporation, Target's agent for service of process in California.  A true and correct copy of the summons and service of process transmittal is attached hereto as Exhibit "B."

5.     Target could not ascertain, from the face of the Complaint, whether the amount in controversy exceeded $75,000.  A Statement of Damages, however, was served concurrently with the Complaint on July 17, 2009.  According to the Statement of Damages,  Plaintiff seeks Special and General Damages in the amount of $84065.51.  A true and correct copy of Plaintiff's Statement of Damages is attached hereto as Exhibit "C."

6.     Target is informed and believes that Plaintiff was, at the time she filed the Action and still is, a citizen of the State of California.

7.      Target Corporation was, at the time of the filing of this action, and still is, a citizen of the State of Minnesota, incorporated under the laws of the State of Minnesota, with its principal place of business in the State of Minnesota.  Both the California Secretary of State and Minnesota Secretary of State identify Target Corporation as a Minnesota Corporation with its principle address at 1000 Nicollet Mall, Minneapolis, Minnesota 55403 on their respective websites.  True and correct copies of search results for Target Corporation on those websites are attached hereto as Exhibit "D."

8.      A true and correct copy of the Superior Court's Notice of Case Assignment for All Purposes, Notice of Case Management Conference and Order to Show Cause Regarding Service of Summons and Complaint is attached hereto as Exhibit "E."

9.      A true and correct copy of the Notice and Acknowledgment of Receipt – Civil, mailed with the Complaint is attached hereto as Exhibit "F."

10.     Target is the only named defendant; the other defendants in this action are fictitiously named.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 14th day of August, 2009, at Los Angeles, California.

PAUL HANNA, Declarant

**NOTICE OF REMOVAL**

# EXHIBIT A

1  JOHN L. BENSON, ESQ. SBN 115440
   LAW OFFICES OF BLOMBERG, BENSON & GARRETT, INC.
2  3270 INLAND EMPIRE BLVD. SUITE 120
   ONTARIO, CA 91764
3  (909) 945-5000
   (909) 945-3143 (FAX)
4

5  Attorneys for Plaintiff

6

7

8              SUPERIOR COURT OF CALIFORNIA

9      COUNTY OF SAN BERNARDINO – RANCHO CUCAMONGA DISTRICT

10

11  CARLOTA LIERAS,                    )  Case No.:  CIVRS  9 0 7 6 3 3
                                       )
12              Plaintiff,             )  COMPLAINT FOR DAMAGES FOR
                                       )  PERSONAL INJURIES
13  vs.                                )
                                       )  (Unlimited/Over $25,000)
14  TARGET CORPORATION, a business,    )
15  form unknown and DOES 1 through 100,)
    Inclusive,                         )
16                                     )
                                       )
17              Defendant.             )
    _____ )

18

19      FOR CAUSE OF ACTION AGAINST DEFENDANTS AND EACH OF THEM,

20  PLAINTIFF, CARLOTA LIERAS, COMPLAINS AND ALLEGES AS FOLLOWS:

21      1.   The true names and capacities, whether individual, corporate, associate or

22  otherwise of defendants, DOES 1 through 100, Inclusive are unknown to this plaintiff at

23  this time who therefore, sues said defendants by such fictitious names and when the

24  true names and capacities of said defendants are ascertained, plaintiff will amend this

25  complaint accordingly; plaintiff is informed and believes and therefore alleges that each

26  of the defendants designated herein as a DOE is responsible in some manner for the

27  events and happenings referred to herein and caused injuries and damages proximately

28  thereby to plaintiff as hereinafter alleged.

**000753597F0001**

2.    At all times herein mentioned, defendants, TARGET CORPORATION, a business, form unknown (hereinafter "Premises") and DOE 1, DOE 2, DOE 3, DOE 4, and DOE 5, were a business, form unknown, doing business in the County of San Bernardino, State of California.

3.    At all time mentioned, defendants, TARGET CORPORATION, DOE 6, DOE 7, DOE 8, DOE 9, and DOE 10 were the owners, operators and supervisors of said premises, who maintained, possessed, managed and/or controlled the premises known as TARGET #2245 located at 4200 East 4th Street, City of Ontario, County of San Bernardino, State of California.

4.    At all times herein mentioned, defendants, TARGET COPRORATION, DOE11, DOE 12, DOE 13, DOE 14, DOE 15 were agents, servants or employees of each other and of the remaining defendants, and acted at the time and place of the accident hereinafter referred to within the course and scope of such relationship.

5.    On or about the 15th day of August, 2008, the plaintiff herein was a business invitee of the defendants and each of them and was at the said Premises for the express instance and request of and for the benefit of the defendants and each of them.

6.    At all times herein mentioned, defendants, and each of them, had exclusive custody, supervision, management and control of the maintenance, operation, repair and upkeep of the aisles, floors, passageways, walkways and entrances of said Premises.

7.    On or about the 15th day of August, 2008, the defendants and each of them, did so negligently, carelessly and imprudently manage, maintain, operate, supervise, repair, control the aisles, floors, passageways, walkways and entrances of said Premises so as to cause, permit and allow a dangerous and defective condition to exist and remain in, on, or about the said aisles, floors, passageways, walkways and entrances of said Premises, and as a direct and proximate result of the defendant's negligence in permitting puddles of water/liquid to accumulate and remain in or about

the said aisles, passageways, walkways and entrances of said Premises, so as to cause the Plaintiff to slip, trip, stumble and fall in and about said Premises and become severely injured as a result thereof.

8.   At all times herein mentioned, the defendants, and each of them, knew of said dangerous and defective condition, or should have known of said dangerous and defective condition by use of due diligence, care and inspection of said Premises.

9.   As a direct and proximate result of the said negligence of the said defendants and each of them, as aforesaid, plaintiff has sustained and is certain in the future to sustain disabling, serious and permanent injuries and pain, suffering and mental anguish in connection therewith, all to plaintiff's general damage in a sum to be specified at a later date; however, said sum will exceed the minimum jurisdictional limits of this Court.

10.   As a further direct and proximate result of the said defendants, and each of them, as aforesaid, Plaintiff has incurred and will incur in the future, hospital, medical, orthopedic, neurological, chiropractic, radiological, and sundry expenses in connection with the examination, care and treatment of her injuries, the exact nature and extent of which are unknown to Plaintiff at this time, and Plaintiff will ask leave of the Court to amend this complaint in this regard when the same is ascertained.

11.   By reason of the foregoing allegations, Plaintiff is entitled to and hereby demands prejudgment interest pursuant to §3291 of the Civil Code, and any and all other interest allowed by law.

Wherefore, Plaintiff Chevell Carter prays for judgment against the defendants and each of them for:

1.   General damages in a sum to be specified at a later date; however, said sum will exceed the minimum jurisdictional limits of this Court.

2.   Special damages for hospital, medical, orthopedic, neurological, chiropractic, radiological and sundry expenses as maybe proven;

3.   Prejudgment interest pursuant to §3291 of the Civil Code and any

000753597F0001

8

1 | and all other interest allowed by law;

2 |         4.        Costs of suit incurred herein; and

3 |         5.        All further and proper relief.

4

5 | Dated: 07/06/09        LAW OFFICES OF BLOMBERG, BENSON & GARRETT, INC.

6 |                       BY: _____

7 |                            JOHN L. BENSON
                               Attorney for Plaintiff

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

000753597F0001

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN BERNARDINO

CARLOTA LIERAS

Case No. _____ CIVRS 9 0 7 6 5 3

vs.

CERTIFICATE OF ASSIGNMENT

TARGET CORPORATION

A civil action or proceeding presented for filing must be accompanied by this certificate. If the ground is the residence of a party, name and residence shall be stated.

The undersigned declares that the above-entitled matter is filed for proceedings in the RANCHO CUCAMONGA District of the Superior Court under Rule 404 of this court for the checked reason:

☐ General          ☐ Collection

| | Nature of Action | Ground |
|---|---|---|
| ☐ 1 | Adoption | Petitioner resides within the district. |
| ☐ 2 | Conservator | Petitioner or conservatee resides within the district. |
| ☐ 3 | Contract | Performance in the district is expressly provided for. |
| ☐ 4 | Equity | The cause of action arose within the district. |
| ☐ 5 | Eminent Domain | The property is located within the district. |
| ☐ 6 | Family Law | Plaintiff, defendant, petitioner or respondent resides within the district. |
| ☐ 7 | Guardianship | Petitioner or ward resides within the district or has property within the district. |
| ☐ 8 | Harassment | Plaintiff, defendant, petitioner or respondent resides within the district. |
| ☐ 9 | Mandate | The defendant functions wholly within the district. |
| ☐ 10 | Name Change | The petitioner resides within the district. |
| ☒ 11 | Personal Injury | The injury occurred within the district. |
| ☐ 12 | Personal Property | The property is located within the district. |
| ☐ 13 | Probate | Decedent resided or resides within the district or had property within the district. |
| ☐ 14 | Prohibition | The defendant functions wholly within the district. |
| ☐ 15 | Review | The defendant functions wholly within the district. |
| ☐ 16 | Title to Real Property | The property is located within the district. |
| ☐ 17 | Transferred Action | The lower court is located within the district. |
| ☐ 18 | Unlawful Detainer | The property is located within the district. |
| ☐ 19 | Domestic Violence | The petitioner, defendant, plaintiff or respondent resides within the district. |
| ☐ 20 | Other | |
| ☐ 21 | THIS FILING WOULD NORMALLY FALL WITHIN JURISDICTION OF SUPERIOR COURT. | |

The address of the accident, performance, party, detention, place of business, or other factor which qualifies this case for filing in the above-designated district is:

4200 EAST 4TH STREET

(NAME - INDICATE TITLE OR OTHER QUALIFYING FACTOR)          ADDRESS

ONTARIO                                    CA                    91764
(CITY)                                   (STATE)               (ZIP CODE)

I declare, under penalty of perjury, that the foregoing is true and correct and that this declaration was executed on

JULY 6, 2009                     at ONTARIO                            , California

JOHN L. BENSON, ESQ.    SBN 115440

Signature of Attorney/Party

13-16503-360 Rev. 10/94                                                        SB-16503

**000753597F0001**

10

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| JOHN L. BENSON, ESQ.   SBN 115440<br>BLOMBERG, BENSON & GARRETT, INC.<br>3270 INLAND EMPIRE BLVD. SUITE 120<br><br>ONTARIO, CA 91764<br>TELEPHONE NO.: (909) 945-5000   FAX NO.:<br>ATTORNEY FOR (Name): PLAINTIFF | F I L E D<br>SUPERIOR COURT<br>COUNTY OF SAN BERNARDINO<br>RANCHO CUCAMONGA DISTRICT<br><br>JUL 1 0 2009 |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN BERNARDINO
STREET ADDRESS: 8303 HAVEN AVENUE
MAILING ADDRESS: 8303 HAVEN AVENUE
CITY AND ZIP CODE: RANCHO CUCAMONGA, CA 91730
BRANCH NAME: RANCHO CUCAMONGA DISTRICT

CASE NAME:   LIERAS vs. TARGET

| CIVIL CASE COVER SHEET<br>[X] Unlimited.   ☐ Limited<br>(Amount   (Amount<br>demanded   demanded is<br>exceeds $25,000)   $25,000 or less) | Complex Case Designation<br>☐ Counter   ☐ Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | CASE NUMBER:<br>CIVRS 907633<br>JUDGE:<br>DEPT: |
|---|---|---|

*Items 1-6 below must be completed (see instructions on page 2).*

1. Check one box below for the case type that best describes this case:

| Auto Tort | Contract | Provisionally Complex Civil Litigation |
|---|---|---|
| ☐ Auto (22) | ☐ Breach of contract/warranty (06) | (Cal. Rules of Court, rules 3.400-3.403) |
| ☐ Uninsured motorist (46) | ☐ Rule 3.740 collections (09) | ☐ Antitrust/Trade regulation (03) |
| Other PI/PD/WD (Personal Injury/Property | ☐ Other collections (09) | ☐ Construction defect (10) |
| Damage/Wrongful Death) Tort | ☐ Insurance coverage (18) | ☐ Mass tort (40) |
| ☐ Asbestos (04) | ☐ Other contract (37) | ☐ Securities litigation (28) |
| ☐ Product liability (24) | Real Property | ☐ Environmental/Toxic tort (30) |
| ☐ Medical malpractice (45) | ☐ Eminent domain/Inverse | ☐ Insurance coverage claims arising from the |
| [X] Other PI/PD/WD (23) | condemnation (14) | above listed provisionally complex case |
| Non-PI/PD/WD (Other) Tort | ☐ Wrongful eviction (33) | types (41) |
| ☐ Business tort/unfair business practice (07) | ☐ Other real property (26) | Enforcement of Judgment |
| ☐ Civil rights (08) | Unlawful Detainer | ☐ Enforcement of judgment (20) |
| ☐ Defamation (13) | ☐ Commercial (31) | Miscellaneous Civil Complaint |
| ☐ Fraud (16) | ☐ Residential (32) | ☐ RICO (27) |
| ☐ Intellectual property (19) | ☐ Drugs (38) | ☐ Other complaint (not specified above) (42) |
| ☐ Professional negligence (25) | Judicial Review | Miscellaneous Civil Petition |
| ☐ Other non-PI/PD/WD tort (35) | ☐ Asset forfeiture (05) | ☐ Partnership and corporate governance (21) |
| Employment | ☐ Petition re: arbitration award (11) | ☐ Other petition (not specified above) (43) |
| ☐ Wrongful termination (36) | ☐ Writ of mandate (02) | |
| ☐ Other employment (15) | ☐ Other judicial review (39) | |

2. This case ☐ is [X] is not   complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the
   factors requiring exceptional judicial management:
   a. ☐ Large number of separately represented parties   d. ☐ Large number of witnesses
   b. ☐ Extensive motion practice raising difficult or novel   e. ☐ Coordination with related actions pending in one or more courts
      issues that will be time-consuming to resolve      in other counties, states, or countries, or in a federal court
   c. ☐ Substantial amount of documentary evidence   f. ☐ Substantial postjudgment judicial supervision
3. Remedies sought (check all that apply): a. [X] monetary  b. ☐ nonmonetary; declaratory or injunctive relief  c. ☐ punitive
4. Number of causes of action (specify): 1
5. This case ☐ is [X] is not   a class action suit.
6. If there are any known related cases, file and serve a notice of related case. (You may use form CM-015.)

Date: 07/06/09

JOHN L. BENSON, ESQ.   SBN 115440
(TYPE OR PRINT NAME)                                    (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>CM-010 [Rev. July 1, 2007] | CIVIL CASE COVER SHEET   Legal<br>Solutions<br>Plus | Cal. Rules of Court, rules 2.30, 3.220, 3.400-3.403, 3.740;<br>Cal. Standards of Judicial Administration, std. 3.10 |
|---|---|---|

000753597F0001

INSTRU___ONS ON HOW TO COMPLETE THE CO___ ₹ SHEET                    CM-010

**To Plaintiffs·and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you must complete and file, along with your first paper, the *Civil Case Cover Sheet* contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check one box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the primary cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money· was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the *Civil Case Cover Sheet* to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

CASE TYPES AND EXAMPLES

**Auto Tort**
Auto (22)—Personal Injury/Property
    Damage/Wrongful Death
Uninsured Motorist (46) *(if the
    case involves an uninsured
    motorist claim subject to
    arbitration, check this item
    instead of Auto)*
**Other PI/PD/WD (Personal Injury/**
**Property Damage/Wrongful Death)**
**Tort**
Asbestos (04)
    Asbestos Property Damage
    Asbestos·Personal Injury/
        Wrongful Death
Product Liability *(not asbestos or
    toxic/environmental)* (24)
Medical Malpractice (45)
    Medical Malpractice–
        Physicians & Surgeons
    Other Professional Health Care
        Malpractice
Other PI/PD/WD (23)
    Premises Liability (e.g., slip
        and fall)
    Intentional Bodily Injury/PD/WD
        (e.g., assault, vandalism)
    Intentional Infliction of
        Emotional Distress
    ·Negligent Infliction of
        Emotional Distress
    Other PI/PD/WD
**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business
    Practice (07)
Civil Rights (e.g., discrimination,
    false arrest) *(not civil
    harassment)* (08)
Defamation (e.g., slander, libel)
    (13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
    Legal Malpractice
    Other Professional Malpractice
        *(not medical or legal)*
Other Non-PI/PD/WD Tort (35) ·
**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
    Breach of Rental/Lease
        Contract *(not unlawful detainer
            or wrongful eviction)*
    Contract/Warranty Breach—Seller
        Plaintiff *(not fraud or negligence)*
    Negligent Breach of Contract/
        Warranty
    Other Breach of Contract/Warranty
Collections (e.g., money owed, open
    book accounts) (09)
    Collection Case—Seller Plaintiff
    Other Promissory Note/Collections
        Case
Insurance Coverage *(not provisionally
    complex)* (18)
    Auto Subrogation
    Other Coverage
Other Contract (37)
    Contractual Fraud
    Other Contract Dispute
**Real Property**
Eminent Domain/Inverse
    Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
    Writ of Possession of Real Property
    Mortgage Foreclosure
    Quiet Title
    Other Real Property *(not eminent
        domain, landlord/tenant, or
        foreclosure)*
**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) *(if the case involves illegal
    drugs, check this item; otherwise,
    report as Commercial or Residential)*
**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
    Writ–Administrative Mandamus
    Writ–Mandamus on Limited Court
        . Case Matter            ,
    Writ–Other Limited Court Case
        Review
Other Judicial Review (39)
    Review of Health Officer Order
    Notice of Appeal–Labor
        Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal.**
**Rules of Court Rules 3.400–3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)   ·
Insurance Coverage Claims
    *(arising from provisionally complex
    case type listed above)* (41)
**Enforcement of Judgment**
Enforcement of Judgment (20)
    Abstract of Judgment (Out of
        County)
    Confession of Judgment *(non-
        domestic relations)*
    Sister State Judgment
    Administrative Agency Award
        *(not unpaid taxes)*
    Petition/Certification of Entry of
        Judgment on Unpaid Taxes
    Other Enforcement of Judgment
        Case
**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint *(not specified
    above)* (42)
    Declaratory Relief Only ·
    ·Injunctive Relief Only *(non-
        harassment)*
    Mechanics Lien
    Other Commercial Complaint
        Case *(non-tort/non-complex)*
    Other Civil Complaint
        *(non-tort/non-complex)*
**Miscellaneous Civil Petition**
Partnership and Corporate
    Governance (21)
Other Petition *(not specified
    above)* (43)
    Civil Harassment
    Workplace Violence
    Elder/Dependent Adult
        Abuse
    Election Contest
    Petition for Name Change
    Petition for Relief from Late
        Claim
    Other Civil Petition

CM-010 [Rev. July 1, 2007]                    **CIVIL CASE COVER SHEET**                    Page 2 of 2

# 000753597F0001

(₹

# EXHIBIT B

# SUMMONS
## (CITACION JUDICIAL)

SUM-100

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
TARGET CORPORATION, a business, form unknown and DOES
1 through 100, Inclusive.

*FOR COURT USE ONLY*
*(SOLO PARA USO DE LA CORTE)*

F I L E D
SUPERIOR COURT
COUNTY OF SAN BERNARDINO
RANCHO CUCAMONGA DISTRICT

JUL 1 0 2009

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
CARLOTA LIERAS

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

| The name and address of the court is: <br> *(El nombre y dirección de la corte es):* <br> SAN BERNARDINO COUNTY SUPERIOR COURT <br> 8303 HAVEN AVENUE <br> 8303 HAVEN AVENUE <br> RANCHO CUCAMONGA, CA 91730 <br> RANCHO CUCAMONGA DISTRICT | CASE NUMBER: <br> *(Número del Caso):* CIVRS 9 0 7 6 6 8 |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
JOHN L. BENSON, ESQ.    SBN 115440          (909) 945-5000
BLOMBERG, BENSON & GARRETT, INC.
3270 INLAND EMPIRE BLVD. SUITE 120
ONTARIO, CA 91764

DATE: JUL 1 0 2009                Clerk, by _____, Deputy
*(Fecha)*                         *(Secretario)*                *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served
[SEAL]
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☐ on behalf of *(specify):*

   under: ☐ CCP 416.10 (corporation)          ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)  ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 (Rev. January 1, 2004)

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465

Legal
Solutions
& Plus

**000753597F0001**

13

 CT Corporation

**Service of Process
Transmittal**
07/17/2009
CT Log Number 515156536

**TO:**    Jason Walbourn, Senior Counsel - Litigation
Target Corporation
1000 Nicollet Mall
Minneapolis, MN 55403-

**RE:**    **Process Served in California**

**FOR:**   Target Corporation (Domestic State: MN)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Carlota Lleras, Pltf. vs. Target Corporation, etc., et al., Dfts. |
| **DOCUMENT(S) SERVED:** | Letter, Self Addressed Stamped Envelope, Notice and Acknowledgment of Receipt (2 sets), Summons, Complaint, Certificate of Assignment, Cover Sheet, Instructions, Notice of Case Assignment, Notice of Case Management Conference and Order, Statement of Damages, Attachment(s) |
| **COURT/AGENCY:** | San Bernardino County, Superior Court, Rancho Cucamonga, CA<br>Case # CIVRS907668 |
| **NATURE OF ACTION:** | Personal Injury - Slip/Trip and Fall - Failure to Maintain Premises in a Safe Condition - 08/15/2008 - Target #2245 located at 4200 East 4th Street, Ontario, CA |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Los Angeles, CA |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 07/17/2009 postmarked on 07/16/2009 |
| **APPEARANCE OR ANSWER DUE:** | Within 20 days from date of mailing dated 07/16/09 - Complete acknowledgment form and return // Within 30 days after service - file an answer // 12/04/09 at 8:30 a.m. - Case Management Conference |
| **ATTORNEY(S) / SENDER(S):** | John L. Benson<br>Blomberg, Benson & Garrett, Inc.<br>3270 Inland Empire blvd.<br>Suite 120<br>Ontario, CA 91764<br>909-945-5000 |
| **REMARKS:** | Service was made by mail under Section 415.30 of the California Code of Civil Procedure. Enclosed is a Notice and Acknowledgment of Receipt of Summons and Complaint for your consideration. Please be aware that C T Corporation does not sign on behalf of your company. |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via  Fed Ex 2 Day , 792800018839<br>Image SOP<br>Email Notification, Jason Walbourn  jason.walbourn@target.com<br>Email Notification, Non Employee Litigation Target  gl.legal@target.com |
| **SIGNED:**<br>**PER:**<br>**ADDRESS:**<br><br>**TELEPHONE:** | C T Corporation System<br>Nancy Flores<br>818 West Seventh Street<br>Los Angeles, CA 90017<br>213-337-4615 |

Page 1 of  1 / MV

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

**000753597F0001**

# EXHIBIT C

1  JOHN L. BENSON, ESQ. SBN 115440
   LAW OFFICES OF BLOMBERG, BENSON & GARRETT, INC.
2  3270 INLAND EMPIRE BLVD. SUITE 120
   ONTARIO, CA 91764
3  (909) 945-5000
   (909) 945-3143 (FAX)
4

5  Attorneys for Plaintiff

6

7

8                    SUPERIOR COURT OF CALIFORNIA

9        COUNTYOF SAN BERNARDINO – RANCHO CUCAMONGA DISTRICT

10

11  CARLOTA LIERAS,                    )  Case No.: CIVRS 907668
                                       )
12              Plaintiff,             )  STATEMENT OF DAMAGES OF
                                       )  PLAINTIFF CARLOTA LIERAS
13  vs.                                )
                                       )
14                                     )
    TARGET CORPORATION, a business,    )
15  form unknown and DOES 1 through 100,)
    Inclusive,                         )
16                                     )
                                       )
17  _____Defendant._____)

18          Pursuant to Code of Civil Procedure, §425.11, Plaintiff Carlota Lieras

19  hereby sets forth a Statement of Damages as follows:

20       1.    Plaintiff's Medical Expenses:      $6,565.51

21       2.    Plaintiff's Future Medicals:       $2,500.00

22       3.    General Damages                    $75,000.00

23          It is anticipated that further medical expenses will accrue pending the trial of this

24  action. Plaintiff reserves the right to amend or supplement this Statement of Damages

25  and/or provide this information in Plaintiff's pre-trial statement

26

27  Dated: 07/06/09    LAW OFFICES OF BLOMBERG, BENSON & GARETT, INC.

28

                    BY: _____

                         John L. Benson, Attorney for Plaintiff

## 000753597F0001

# EXHIBIT D

# California Business Portal

**Secretary of State DEBRA BOWEN**

**DISCLAIMER:** The information displayed here is current as of AUG 07, 2009 and is updated weekly. It is not a complete or certified record of the Corporation.

| Corporation | | |
|---|---|---|
| TARGET CORPORATION | | |
| **Number:** C0536463 | **Date Filed:** 11/24/1967 | **Status:** active |
| **Jurisdiction:** MINNESOTA | | |
| **Address** | | |
| 1000 NICOLLET MALL, TPN-0945 | | |
| MINNEAPOLIS, MN 55403 | | |
| **Agent for Service of Process** | | |
| C T CORPORATION SYSTEM | | |
| 818 WEST SEVENTH ST | | |
| LOS ANGELES, CA 90017 | | |

Blank fields indicate the information is not contained in the computer file.

If the status of the corporation is "Surrender", the agent for service of process is automatically revoked. Please refer to California Corporations Code Section 2114 for information relating to service upon corporations that have surrendered.

*16*





**Minnesota** Secretary of State Online Access

WELCOME TO THE OFFICE OF THE

PRO*file*

DA Home   UCC   Business Services   Account   Session Briefcase   Help/FAQs   About   Login

## BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| | | | |
|---|---|---|---|
| **Filing Number:** | 11-AA | **Entity Type:** | Domestic Corporation |
| **Original Date of Filing:** | 2/11/1902 | **Entity Status:** | Active |
| **Chapter:** | 302A | **Good Standing:** **(date of last annual filing)** | 2008 |
| **Duration:** | PERPETUAL | | |
| **Name:** | Target Corporation | | |
| **Registered Office Address:** | 1000 Nicollet Mall Mpls, MN, 55403 | | |
| **Agent Name:** | No Agent Filed | | |

[ Additional Entity Detail ]   [ Return to Search List ]   [ New Search ]

---

DA Home | OSS Home | Contacts | Privacy Policy | Terms & Conditions

Use of this site and services indicates your acceptance of the Terms & Conditions of Use.
©Copyright 2001 , Minnesota Office of the Secretary of State. All Rights Reserved.

17

# EXHIBIT E

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN BERNARDINO

RANCHO CUCAMONGA DISTRICT
8303 NORTH HAVEN AVENUE
RANCHO CUCAMONGA, CA 91730

CASE NO: CIVRS907668

http://www.sbcounty.gov/courts

IN RE: CARLOTA LIERAS -V- TARGET CORPORATION

NOTICE OF CASE ASSIGNMENT FOR ALL PURPOSES
NOTICE OF CASE MANAGEMENT CONFERENCE AND ORDER TO SHOW CAUSE
REGARDING SERVICE OF SUMMONS AND COMPLAINT

PLEASE TAKE NOTICE, that the above-entitled case has been set for a
Case Management Conference and an Order to Show Cause why the case
should not be dismissed for failure to serve the summons and
complaint. File your Case Management Statement with the court fifteen
(15) calendar days prior to the hearing. Failure to appear may result
in monetary sanctions and/or dismissal of your case. THIS CASE HAS
BEEN ASSIGNED TO JUDGE DAVID A WILLIAMS IN DEPARTMENT R8 FOR ALL PURPOSES.

The Order to Show Cause regarding service of summons is set:
10/09/09 at 8:30 in Department R8. If proof of
service of summons and complaint has been filed before that date, no
appearance is required at the time of the Order to Show Cause hearing.
The Case Management Conference is set: 12/04/09 at 8:30
in Department R8.

TO THE PARTY SERVED: The setting of these dates DOES NOT increase the
time you have to respond to the complaint. The time for response is
clearly stated on the Summons.

A COPY OF THIS NOTICE MUST BE SERVED ON ALL DEFENDANTS
Tressa S. Kentner, Clerk of the Court
Date: 07/10/09                                        By: JOEL PARRA
-----------------------------------------------------------------------
CERTIFICATE OF SERVICE
I am a Deputy Clerk of the Superior Court for the County of San
Bernardino at the above listed address. I am not a party to this
action and on the date and place shown below, I served a copy of the
above listed notice by:

( ) Enclosed in an envelope mailed to the interested party addressed
above, for collection and mailing this date, following ordinary
business practice.
( ) Enclosed in a sealed envelope, first class postage prepaid in the
U.S. mail at the location shown above, mailed to the interested party
and addressed as shown above, or as shown on the attached listing.
( ) A copy of this notice was given to the filing party at the
counter.
( ) A copy of this notice was placed in the bin located at this office
and identified as the location for the above law firm's collection of
file stamped documents.

DATE OF MAILING: 07/10/09
I declare under penalty of perjury that the foregoing is true and
correct. Executed on 07/10/09 at Rnch Cucamonga, CA By: JOEL PARRA

## 000753597F0001

# EXHIBIT F

POS-015

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| JOHN L. BENSON, ESQ.    SBN 115440<br>BLOMBERG, BENSON & GARRETT, INC.<br>3270 INLAND EMPIRE BLVD. SUITE 120<br><br>ONTARIO, CA 91764<br>　　TELEPHONE NO.: (909) 945-5000　FAX NO. *(Optional):*<br>E-MAIL ADDRESS *(Optional):*<br>　ATTORNEY FOR *(Name):* PLAINTIFF | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN BERNARDINO
　STREET ADDRESS: 8303 HAVEN AVENUE
　MAILING ADDRESS: 8303 HAVEN AVENUE
　CITY AND ZIP CODE: RANCHO CUCAMONGA, CA  91730
　BRANCH NAME: RANCHO CUCAMONGA DISTRICT

PLAINTIFF/PETITIONER: CARLOTA LIERAS

DEFENDANT/RESPONDENT: TARGET CORPORATION

| NOTICE AND ACKNOWLEDGMENT OF RECEIPT—CIVIL | CASE NUMBER:<br>CIVRS 907668 |
|---|---|

TO *(insert name of party being served):* TARGET CORPORATION

**NOTICE**

The summons and other documents identified below are being served pursuant to section 415.30 of the California Code of Civil Procedure. Your failure to complete this form and return it within 20 days from the date of mailing shown below may subject you (or the party on whose behalf you are being served) to liability for the payment of any expenses incurred in serving a summons on you in any other manner permitted by law.

If you are being served on behalf of a corporation, an unincorporated association (including a partnership), or other entity, this form must be signed by you in the name of such entity or by a person authorized to receive service of process on behalf of such entity. In all other cases, this form must be signed by you personally or by a person authorized by you to acknowledge receipt of summons. If you return this form to the sender, service of a summons is deemed complete on the day you sign the acknowledgment of receipt below.

Date of mailing: 07/16/09

RITA E. MARIN
　　　　(TYPE OR PRINT NAME)　　　　　　　　▶　　　(SIGNATURE OF SENDER—MUST NOT BE A PARTY IN THIS CASE)

**ACKNOWLEDGMENT OF RECEIPT**

This acknowledges receipt of *(to be completed by sender before mailing):*
1.  [X] A copy of the summons and of the complaint.
2.  [ ] Other: *(specify):* NOTICE OF CASE ASSIGNMENT FOR ALL PURPOSES, NOTICE OF CASE MANAGEMENT CONFERENCE AND ORDER TO SHOW CAUSE REGARDING SERVICE OF SUMMONS AND COMPLAINT; ALTERNATIVE DISPUTE RESOLUTION PACKET; STATEMENT OF DAMAGES OF PLAINTIFF CARLOTA LIERAS

*(To be completed by recipient):*
Date this form is signed: _____

　　　　　　　　　　　　　　　　　　　　　▶

_____　　_____
(TYPE OR PRINT YOUR NAME AND NAME OF ENTITY, IF ANY,　　(SIGNATURE OF PERSON ACKNOWLEDGING RECEIPT, WITH TITLE IF
ON WHOSE BEHALF THIS FORM IS SIGNED)　　　　ACKNOWLEDGMENT IS MADE ON BEHALF OF ANOTHER PERSON OR ENTITY)

Page 1 of 1

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-015 [Rev. January 1, 2005] | NOTICE AND ACKNOWLEDGMENT OF RECEIPT — CIVIL | Legal<br>Solutions<br>ⓒ Plus | Code of Civil Procedure,<br>§§ 415.30, 417.10 |
|---|---|---|---|

**000753597F0001**

8/4/2009　　　　　000753597F0001　　　　　5820090804001041

*19*

## CERTIFICATE OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is 801 South Figueroa Street, 15th Floor, Los Angeles, California 90017.

On August 14, 2009, I served the document described as **1) NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §1441(b) (DIVERSITY); 2) DECLARATION OF PAUL HANNA** on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

John L. Benson, Esq.
Blomberg, Benson & Garrett, Inc.
3270 Inland Empire Bl., Suite 120
Ontario, CA 91764
P: 909-945-5000; F: 909-945-3143
Attorney for Plaintiff

☒ **(BY MAIL)** I caused such envelope to be deposited in the mail at Los Angeles, California.  The envelope was mailed with postage thereon fully prepaid.

  I placed such envelope with postage thereon prepaid in the United States mail at Los Angeles, California.

  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ **(FEDERAL)** I declare under penalty of perjury under the laws of the United States of America, that the above is true and correct.

Executed on August 14, 2009 at Los Angeles, California.

Brenda Leonardo

## NOTICE OF REMOVAL